Barry ELLERMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75175.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 14, 1999.

N. Scott Rosenblum, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before: RHODES RUSSELL, C.J., GARY M. GAERTNER, J., and LAWRENCE G. CRAHAN, J.

## ORDER

PER CURIAM.

Movant Barry Ellerman appeals the judgment denying his Rule 24.035 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kevin Shawn ROTELLINI,
Defendant/Appellant.

No. ED 74765.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 1999.

Patricia M. Garvey, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before: RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Defendant appeals from the trial court's judgment entered on a jury verdict finding him guilty of one count of stealing a credit card and one count of stealing $150 or more in violation of section 570.030 RSMo 1994.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).